AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>Victor Williams<br>aka "Neckbreaker" | Case No: 4:11CR40037-004<br>USM No: 10701-010 |
| Date of Original Judgment: 09/18/2012<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Bruce D. Eddy<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   87   months **is reduced to**   70   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   09/18/2012   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   12/19/2014              /s/P.K. Holmes, III
                                       *Judge's signature*

Effective Date:                         Honorable P. K. Holmes, III, Chief United States District Judge
*(if different from order date)*        *Printed name and title*